DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 2013-28 |
| | ) |
| **JONATHAN RODRIGUEZ TORRES,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ATTORNEYS:**

**Ronald Sharpe, United States Attorney**
**Ishmael Meyers, Jr., AUSA**
United States Attorney's Office
St. Thomas, VI
   *For the plaintiff United States of America,*

**Edson A. Bostic, Federal Public Defender**
**Gabriel J. Villegas, AFPD**
Office of the Federal Public Defender
St. Thomas, VI
   *For defendant Jonathan Rodriguez Torres.*

## ORDER

**GÓMEZ, J.**

Pursuant to the Report and Recommendation of the United States Magistrate Judge to which there is no timely objection, it is hereby

**ORDERED** that the defendant Jonathan Rodriguez Torres's plea of guilty to Count One of the Indictment is **ACCEPTED**; and it is further

**ORDERED** that the defendant Jonathan Rodriguez Torres is **ADJUDGED GUILTY** of the offense in Count One of the Indictment.

S\_____
     Curtis V. Gómez
     District Judge